ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 17 2005

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELMAN WESLEY BALL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:03-CV-3056-D |
| | ) | |
| JOHNSON COUNTY, ET AL., | ) | |
| Defendants. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED this 17th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

# CLOSED

## CASE NUMBER: 3:03-CV-3056-D

## DATE :   05/17/05

**TRIAL:**      \_\_\_\_ YES

\_X\_ NO